UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Doris Baker,

       Plaintiff,                           Civil No. 06-1356 (RHK/JSM)

vs.                                    **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Wyeth and its division Wyeth
Pharmaceuticals, Inc., Pharmacia &
Upjohn Company LLC, f/k/a Pharmacia
& UpJohn Company, Novartis
Pharmaceuticals Corporation,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 10, 2006

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge